UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**WHA**

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, ) <br> ) <br> Applicant ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL ALLIANCE OF ) <br> THEATRICAL AND STAGE EMPLOYEES, ) <br> LOCAL 16; STEVEN LUTGE; AND ) <br> SANDY COLEMAN ) <br> Respondents ) | CV 13-80 072 MISC <br><br> ORDER TO SHOW CAUSE |

The National Labor Relations Board (the Board), by its Acting General Counsel and by Jill H. Coffman, Regional Attorney for Region 20, having filed its Application for an order requiring International Alliance of Theatrical Stage Employees, Local 16 (Union), Steven Lutge (Lutge), and Sandy Coleman (Coleman), to obey certain subpoenas issued and served upon them, as set forth in said Application and good cause appearing therefore,

IT IS ORDERED that Respondents appear before this Court at the United States Court House in San Francisco, California, on the __2__ day of __May__, 2013 at __11__ a.m. ~~or as soon thereafter as Counsel can be heard~~, and then and there show cause, if any there be, why an order of this Court should not issue directing: (1) the Union's Custodian of Records to appear before a Board Agent duly designated by the Regional Director of Region 20, at such time and place to be designated by said Regional Director, and then and there produce the documents set forth in

Order To Show Cause

Subpoena Duces Tecum No. B-638170, issued by the Board in Board Case 20-CB-90776, on December 13, 2012, and testify about said documents; and (2) Lutge and Coleman to appear before a Board Agent duly designated by the Regional Director of Region 20, at such time and place to be designated by said Regional Director, and then and there testify as required in Subpoenas Ad Testificandum Nos. A-943698 and A-943699, respectively, issued by the Board in Board Case 20-CB-90776, on November 29, 2012.

IT IS FURTHER ORDERED that Respondents file an answer to the Application with the Clerk of this Court, and serve copies thereof upon Applicant at its office located at 901 Market Street, Suite 400, San Francisco, California 94103, on or before the  25  day of  April , 2013. Applicant's reply, if any, is due on or before the  29  day of  April , 2013; and,

IT IS FURTHER ORDERED that service of copies of this Order, the Application upon which it is issued, the Applicant's Memorandum of Points and Authorities in Support of Application For Order Requiring Obedience to Subpoenas, the proposed Findings of Fact and Conclusions of Law lodged with the Court, the proposed Order Requiring Obedience to Subpoenas Duces Tecum and Subpoenas Ad Testificandum lodged with the Court, be made without delay upon Respondents, in any manner provided in the Federal Rules of Civil Procedure by a United States Marshall, by an individual employed by the National Labor Relations Board, or an individual designated by the National Labor Relations Board, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and that proof of such service be filed herein.

DONE AT San Francisco, California, this  16  day of  April , 2013

_____
United States District Judge
William Alsup

Order To Show Cause

Page 2